Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10525−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Y Pao
   37 Oak Tavern Cir
   Branchburg, NJ 08876−3867

Social Security No.:
   xxx−xx−7996

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on January 31, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 10
Order Granting Notice of Request for Loss Mitigation(Related Doc # 10). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/31/2020. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 31, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Y Pao  
      Debtor

Case No. 20-10525-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 31, 2020  
                     Form ID: orderntc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.  
db          Robert Y Pao,    37 Oak Tavern Cir,    Branchburg, NJ    08876-3867  
lm        +HOMEBRIDGE FINANCIAL SERVICES,    222 CHASTAIN MEADOWS CT,    NW KENNSAW, GA 30144-5820  
lm        +HomeBridge Financial Services Inc.,    PO Box 77404,    Ewing, NJ 08628-6404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                               Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Loss Mitigation    HomeBridge Financial Services Inc.    dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         J. Todd Murphy    on behalf of Debtor Robert Y Pao tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 4