UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Robert Y Pao

Case No.: 20-10525

Chapter: 13

Judge: Micahel B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 2/14/2020 :

Property: 37 Oak Tavern Circle Branchburg, N.J. 08876

Creditor: Homebridge Financial Services (Cenlar )

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 8/14/2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Y Pao  
    Debtor

Case No. 20-10525-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: May 15, 2020  
                      Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.  
db         Robert Y Pao,   37 Oak Tavern Cir,   Branchburg, NJ  08876-3867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:  
        Albert Russo   docs@russotrustee.com  
        Brian C. Nicholas   on behalf of Creditor   HomeBridge Financial Services, Inc.  
         bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services, Inc.  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Loss Mitigation   HomeBridge Financial Services Inc.  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        J. Todd Murphy   on behalf of Debtor Robert Y Pao tmurphy@toddmurphylaw.com,  
         tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                               TOTAL: 6